FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
____Texarkana____ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 05 2020
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

Harmon Williams
(Enter above the full name of the plaintiff
in this action.)

**AMENDED COMPLAINT**

Prisoner ID No. 101370
(Do Not Put Your Social Security Number)

V.                                              CASE NO. 20-4079

Det. Reyn Brown, Officer          Jury Trial: Yes ✓  No ____
Daniel Oller, Parole Stephen Gulick,           (Check One)
Terry Crabtree, Daniel Hampton, Casey Singleton,
(Enter above the full name of the defendant, Det. Lauterbach Et, Al
or defendants, in this action.)

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes_____            No ___✓___

   B.   If your answer to A is yes, describe each lawsuit in the space below including the **exact plaintiff name or alias used**. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this lawsuit

             Plaintiffs: Harmon Williams _____

             Defendants: James Singleton Et, Al _____

             _____

        2.   Court (if federal court, name the district; if state, name the county):

             _____

        3.   Docket number: _____

        4.   Name of judge to whom case was assigned: _____

        5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

        6.   Approximate date of filing lawsuit: _____

        7.   Approximate date of disposition: _____

(Updated 7/2019)

-1-

II. **Place of Present Confinement:** Nevada County Detention Facility, 209 East 3rd St, Prescott, AR 71857

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓ No _____

    B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: _____

IV. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: Harmon Williams
       Address: 209 East 3rd St
                 Prescott, AR 71857

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

    **1. Defendant #1.**

    Full Name: Reyn Brown Et. Al.
    Position: Detective
    Place of Employment: Hope Police Department
    Address: 312 South Washington St
                Hope, AR 71801

**2. Defendant #2**

Full Name: Daniel Oller

Position: Hope Police Officer

Place of Employment: Hope Police Department

Address: 312 South Washington St.
Hope, AR 71801

**3. Defendant #3**

Full Name: Stephen Gulick

Position: Parole Officer

Place of Employment: Hope Parole Office

Address: 700 South Elm. St.
Hope, AR 71801

**4. Defendant #4**

Full Name: Terry Crabtree

Position: Boss

Place of Employment: Hope Tyson Feed Mill

Address: 100 East Beech St.
Hope, AR 71801

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
(check the appropriate blank)

\_\_\_\_ in jail and still awaiting trial on pending criminal charges
\_\_\_\_ serving a sentence as a result of a judgment of conviction
\_\_\_\_ in jail for other reasons (*e.g.,* alleged probation violation, etc.)

Explain: I was at my place of employment, which was Hope Tyson Feed Mill

Please provide the date of your conviction or probation or parole revocation:

July 13, 2020 - Parole Violation

Attachment

5. Defendant #5

Full Name: Daniel Hampton
Position: Supervior
Place of Employment: Hope Tyson Feed Mill
Address: 100 East Beech St.
  Hope, AR 71801

6. Defendant #6

Full Name: Casey Singleton
Position: Duty
Place of Employment: Hope Police Department
Address: 312 South Washington St
  Hope, AR 71801

7. Defendant #7

Full Name: Det Lauterbach
Position: Detective
Place of Employment: Hope Police Department
Address: 312 South Washington St.
  Hope, AR 71801

-3-

**VI. Statement of Claim**

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

14th Amendment

Date of the Occurrence: Oct. 15, 2019

Name of Each Defendant involved: Terry Crabtree, Daniel Hampton, Reyn Brown, Daniel Oller, Stephen Bulick

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it. On Oct. 15, 2019, approx. 8:40 pm I Hoeman Williams, was called into the office of my job by Terry Crabtree and Daniel Hampton, due to another employee Hunter Britten, told them that he had knocked some dust down on me and

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

# Claim Number #1 Attachment Sheet

Officer Stephen Gulick, order to come herrass me on my job; which led Det. Reyn Brown and Officer Daniel Oller to violate my 4th, 5th, 8th and 14th Amendments.

1) They first detain me off false accusations claiming they received a call stating I was selling drugs from the Feed Mill.

2) They arrest me off a false investigation, no probable cause was establish nor was there any proof to support their allegations.

3) They false imprisn me with off of false reports and falsified documents.

After to making it to the Hempstead County Jail, where we met up with my parole officer Stephen Gulick, who informed me that Det. Reyn Brown, claimed to have retrieved "Meth" from me that I've never seen nor had. Stephen Gulick, never attain a "White Warrant" from the state to hold me in jail. I later found out (6) days by another parolee who return from a parole hearing; that goes by the name

-4-    ②

# Claim Number #1 Attachment Sheet

Lemon Scott, informed me that I had been deferral by the state and my parole officer Stephen Bulick, withheld the information causing me to lose my job at the Feed Mill after causing me to miss over (3) consective days over regulation abusing his public trust.

Harmon Williams
209 East 3rd St
Prescott, Ar 71857

# Claim Number #1 Attachment Sheet

I appeared to had gotten mad. Rather than calling Hunter Britten, in the office as I requested so I was given the opportunity to confront the allegation against me. Terry Crabtree and Daniel Hampton, chose to call my parole office Stephen Gulick; which violated my 5th, 8th and 14th Amendments.
1) Not resultanting **all** of Tyson Company policy inusstigating the matter before calling my parole officer, and placing my freedom in jeopardy.
2) Allowing polices to come inside Tyson's Company Feed Mill without a warrant and fire arm on their sides.
3) And without having any just reason do deprive me of my equal protection of the laws but hearsay.
Which after I return from my lunch break at 9:30 am Daniel Hampton, stop me on the ground level of the Feed Mill in the warehouse section; where he commanded me to work to await for Det Reyn Brown and Office Daniel Oller; who my parole

—4—        ①

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____

**Claim Number # 2:**

**Type of Claim** (for example, excessive force, denial of medical care, etc.):
_____
_____

Date of the Occurrence: July 1, 2020

Name of Each Defendant involved: Sgt Casey Singleton, Det Lauterbach

_____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it. On the above date I was picked up by the Probation and Parole Dpt. officers requested by my parole officer Stephen Gulick, claiming that I had evaded parole since I was release from jail over the Oct 15, 2019, arrest. Which

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

–5–

# Claim Number #2 Attachment Sheet

was false due to I was release on Oct 22, 2019, at approximately 3:00pm; I reported directly to the parole office. I seen Stephen Gulick, in the month of November, at the parole office and court where I requested Stephen Gulick, help to get in the local shelter due I lost my place of living on top of my job. I reported again in the month of December and Stephen Gulick, never once mention a change in my parole statue and requested me to return in January; which I did and before my schedule visited in February. I met with Stephen Gulick, in court again requesting for his support but again he refused and told me his best suggesting is to go to Randy Sam in Texarkana. However, doing this time Hope Parole Office closed down do to the Covid-19 Pamdic and every parolees was told not to report and to make phone reports. In the process of my struggle to survive I made sure Stephen Gulick, knew my whereby and made him aware of my new place to live, as well as, the status of my every court appearance. Which on June 30, 2020, was the lastest court appearance and Mrs. Johnson, who work with the Hope Parole Office was present at my court appearance; when Judge

# Claim Number #2 Attachment Sheet

Randy Wright, asked the court "Do anyone else have anything else for Harmon Williams?" And the prosecuting attorney and parole officer Mrs. Johnson, stated "NO" your honor. I was free go. On July 1, 2020, the next day Probation and Parole Opt. Mr. Adren Wilson, was order to pick me up by Stephen Gulick. Stephen Gulick committed an act of harboring me for Sgt. Casey and Det Lauterbach, to false imprison me. On arriving to Hempstead County Jail, I was met by Det. Lauterbach, who left a warrant that bared my name on the "Book in Desk" and not once attempt address nor question me about the allegation in the warrant. I was just booked in by Justin Hickey of the Hempstead County Detention Facility. I later discover that the warrant was invalid due to it didn't bore the seal of the circuit or duty clerk. Also the warrant didn't even have a name of the accused victim. On July 13, 2020, I was schedule to have a parole hearing that I was never given any information concerning the incident that Sgt. Casey Singleton and Det. Lauterbach said occurred on Feb 27, 2020. Stephen Gulick, fail to attain a "White Warrant" that's use to detain a parolee on parole. He didn't write a report nor advise me

(3)

# Claim Number #2 Attachment Sheet

that Sgt. Cosey Singleton and Det. Lauterbach would be at the Parole Hearing. I was only informed of the Oct. 15, 2019 situation. Which Det. Reyn Brown nor Daniel Oller show up to the parole hearing; due to Det Reyn Brown, was fired off the Hope Police Force. Sgt. Cosey Singleton and Det. Lauterbach, violated my 4th, 5th, 8th and 14th Amendment. 1) I was false imprison with the intention inflict cruel and unusual punishment on me.

2) Probable cause was never establish to support the issue of an warrant, which was invalid.

3) They came to my parole hearing without the due process of the law; preforming abuse of office and public trust.

4) They deprive me equal protection of the law when I was denied to be question and given the opportunity to protect my innocent in my person.

I'm serving a (6) month parole violation from the negligent of the law. This has created a major damage to my life.

Harmon Williams
209 East 3rd St
Prescott, AR 71857

<u>**If you are asserting an official capacity claim**</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____

<u>**Claim Number # 3:**</u>

**Type of Claim (for example, excessive force, denial of medical care, etc.):**
_____
_____

**Date of the Occurrence:**_____

**Name of Each Defendant involved:**_____
_____
_____
_____

**Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

_____
_____
_____
_____
_____

With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

\_\_\_\_  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

 ✓  both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. Mental Angush Damages - $500,000.00 for each claim. I desire this for all the pain and suffering my family and me enduring. The lost of my job and wages I could've earn. The lost of my relationship and time with my new born son. Trial by Jury.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __30__ day of __September__, 20_20_.

Harmon Williams
**Printed Name of Plaintiff**

Harmon Williams
**Signature of Plaintiff**

