IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARMON WILLIAMS                                                                                      PLAINTIFF

v.                                              Civil No. 4:20-cv-04079

DETECTIVE REYN BROWN, et al.                                                                DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently pending before the Court is Plaintiff's Motion to Reopen Case (ECF No. 14), which has been referred to the undersigned by the Honorable Susan O. Hickey, Chief United States District Judge.

On August 13, 2021, this Court entered an Order which concluded as follows:

> Plaintiff's first claim against Separate Defendants Terry Crabtree and Daniel Hampton should be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.
> Plaintiff's first claim, as stated against Separate Defendants Reyn Brown, Daniel Oller, and Stephen Eulick, involving the incident on October 15, 2019, should be and hereby is **STAYED and ADMINISTRATIVELY TERMINATED**. Once Hempstead County Circuit Court case number 29-CR-19-355 has concluded, Plaintiff may file a motion to reopen this claim, along with a copy of the final disposition of the charge in case number 29-CR-19-355.
> Finally, Plaintiff's second claim, as stated against Sgt. Casey Singleton and Detective Daniel Lauterbach involving his parole revocation following an incident on July 1, 2020, should be and hereby is **DISMISSED WITHOUT PREJUDICE**. *See* 28 U.S.C. § 1915(e)(2)(B)(i) – (iii)(IFP Action, or any portion thereof, may be dismissed because it fails to state a claim or states a claim that is not presently cognizable).

(ECF No. 13).

Attached to his instant Motion, Plaintiff presents a file-marked copy of the Sentencing Order in *State of Arkansas v. Harmon Williams*, 29CR-19-355, in the Circuit Court of Hempstead County, Arkansas. (ECF No. 14 at 2). Accordingly, the Court finds that the instant matter should be, and hereby is, reopened with respect to Plaintiff's first claim, as stated against Separate Defendants Reyn Brown,

1

Daniel Oller, and Stephen Eulick, involving the incident on October 15, 2019. Service will be accomplished by separate order of the Court.

**IT IS SO ORDERED** this 22nd day of September 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE