IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARMON WILLIAMS                                                                          PLAINTIFF

v.                                    Civil No. 4:20-cv-04079

DETECTIVE REYN BROWN, et al.                                                      DEFENDANTS

## ORDER

The Court hereby directs the Sheriff James A. Singleton, Hempstead County Sheriff, to provide the last known address and phone number for Defendant Reyn Brown.  This information may be filed with the Clerk of the Court in response to this Order, and may be filed under seal.

The Clerk is directed to forward this Order to Sheriff James A. Singleton, Hempstead County Sheriff's Office, 312 S. Washington Street, Hope, Arkansas 71801, by certified mail, return receipt requested.

**IT IS SO ORDERED** this 18th day of October 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE