# SENTENCING ORDER

IN THE CIRCUIT COURT OF __HEMPSTEAD__ COUNTY, ARKANSAS, __8N__ JUDICIAL DISTRICT __1ST__ DIVISION

On __5/3/2021__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Williams, Harmon | DOB | 9/26/1972 | Sex | ■ Male ☐ Female | Total Number of Counts | 3 |

| SID # | 6 2 3 2 0 3 | Race & Ethnicity: ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |

Supervision Status at Time of Offense: bond

## Court Info

Judge: Duncan Culpepper

Prosecuting Attorney/Deputy: Christi McQueen, Prosecuting Attorney

Defendant's Attorney: Charles Friday   ☐ Private ■ Public Defender  ☐ Pro Se ☐ Appointed

File Stamp: GAIL WOLFENBARGER CIRCUIT CLERK HEMPSTEAD COUNTY, AR   2021 JUN -2 AM 7:15 FILED

Change of Venue ☐ Yes ■ No   If yes, from:

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

■ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment: is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

☐ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ■ No

## Offense #1

| A.C.A. # of Offense / Name of Offense+ | 5-26-306(a)(3)&(b) / Aggravated Assault on Family or Household Member | Case # CR-20-158 |

| A.C.A. # of Original Charged Offense | 5-26-306(a)(3)&(b) | ATN HEM005820330 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |

Appeal from District Court ☐ Yes ■ No   Probation/SIS Revocation+ ☐ Yes ■ No

Offense Date 2/27/20   Offense is ■ Felony ☐ Misd. ☐ Viol.   Offense Classification ☐ Y ☐ A ☐ B ☐ C ■ D ☐ U

| Number of Counts: 1 | Criminal History Score: 1 | Seriousness Level: 3 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |

Presumptive Sentence ☐ Prison Sentence of ___ to ___ months.  ■ Community Corrections Center  ■ Alternative Sanction

Defendant Sentence* (see Page 2)
Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail ___ months
Probation ___ months
SIS 60 months
Other ☐ Life ☐ LWOP ☐ Death

If probation or SIS accompanied by period of confinement, state time: ___ days or ___ months.
Sentence was enhanced ___ months, pursuant to A.C.A. §§ ___
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐(a) ☐(b) ☐(c) ☐(d)

Victim Info# (See page 2) ☐ N/A  [Multiple Victims ☐ Yes ■ No]   Age 27   Sex ☐ Male ■ Female   Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently, and knowingly entered a
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ___
☐ entered a plea and was sentenced by a jury.
■ was found guilty by the court & sentenced by ■ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

Sentence is a Departure ☐ Yes ■ No   Sentence Departure is ☐ Durational or ☐ Dispositional.
If durational, state how many months above/below the presumptive sentence: ___

Departure Reason (See page 2 for a list of reasons)
Aggravating # ___ or Mitigating # ___. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: ___

Sentence will run: ☐ Consecutive ☐ Concurrent
to Offense # ___ or
Case # ___

**Defendant's Full Name:** Williams, Harmon

### Offense #: 2

| Field | Value |
|---|---|
| A.C.A. # of Offense / Name of Offense+ | 5-26-305 / Domestic Battery in the Third Degree |
| Case # | CR-20-158 |
| A.C.A. # of Original Charged Offense | 5-26-305(b)(2) |
| ATN | HEM005820330 |
| Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| Appeal from District Court | ☐ Yes ■ No |
| Probation/SIS Revocation+ | ☐ Yes ■ No |
| Offense Date | 2/27/20 |
| Offense is | ☐ Felony ■ Misd. ☐ Viol. |
| Offense Classification | ☐ Y ■ A ☐ B ☐ C ☐ D ☐ U |
| Number of Counts | 1 |
| Criminal History Score | 1 |
| Seriousness Level | 0 |
| Defendant | ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |

**Presumptive Sentence** ☐ Prison Sentence of ____ to ____ months   ☐ Community Corrections Center   ☐ Alternative Sanction

**Defendant Sentence*** (see Page 2)
Imposed ☐ ADC ☐ Jud. Tran. ■ County Jail
10 months
Probation ____ months
SIS ____ months
Other ☐ Life ☐ LWOP ☐ Death

If probation or SIS accompanied by period of confinement, state time: ____ days or ____ months.
Sentence was enhanced ____ months, pursuant to A.C.A. §§ _____
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐(a) ☐(b) ☐(c) ☐(d)

**Victim Info#** (See page 2) ☐ N/A [Multiple Victims ☐ Yes ■ No]
Age 27
Sex ☐ Male ■ Female
Race & Ethnicity ■ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

**Defendant voluntarily, intelligently, and knowingly entered a**
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

**Defendant:**
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ____
☐ entered a plea and was sentenced by a jury.
■ was found guilty by the court & sentenced by ■ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

**Sentence is a Departure** ☐ Yes ■ No
**Sentence Departure is** ☐ Durational or ☐ Dispositional.
If durational, state how many months above/below the presumptive sentence: ____

**Departure Reason** (See page 2 for a list of reasons)
Aggravating # ____ or Mitigating # ____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: ____

**Sentence will run:** ☐ Consecutive ☐ Concurrent
to Offense # ____ or Case # ____

### Offense #: 3

| Field | Value |
|---|---|
| A.C.A. # of Offense / Name of Offense+ | 5-60-124 / Interference with Emergency Communication 1st Degree |
| Case # | CR-20-158 |
| A.C.A. # of Original Charged Offense | 5-60-124 |
| ATN | HEM005820330 |
| Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| Appeal from District Court | ☐ Yes ■ No |
| Probation/SIS Revocation+ | ☐ Yes ■ No |
| Offense Date | 2/27/20 |
| Offense is | ☐ Felony ■ Misd. ☐ Viol. |
| Offense Classification | ☐ Y ■ A ☐ B ☐ C ☐ D ☐ U |
| Number of Counts | 1 |
| Criminal History Score | 0 |
| Seriousness Level | 0 |
| Defendant | ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |

**Presumptive Sentence** ☐ Prison Sentence of ____ to ____ months   ☐ Community Corrections Center   ☐ Alternative Sanction

**Defendant Sentence*** (see Page 2)
Imposed ☐ ADC ☐ Jud. Tran. ■ County Jail
10 months
Probation ____ months
SIS ____ months
Other ☐ Life ☐ LWOP ☐ Death

If probation or SIS accompanied by period of confinement, state time: ____ days or ____ months.
Sentence was enhanced ____ months, pursuant to A.C.A. §§ _____
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.
Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐(a) ☐(b) ☐(c) ☐(d)

**Victim Info#** (See page 2) ■ N/A [Multiple Victims ☐ Yes ☐ No]
Age ____
Sex ☐ Male ☐ Female
Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

**Defendant voluntarily, intelligently, and knowingly entered a**
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

**Defendant:**
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ____
☐ entered a plea and was sentenced by a jury.
■ was found guilty by the court & sentenced by ■ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

**Sentence is a Departure** ☐ Yes ■ No
**Sentence Departure is** ☐ Durational or ☐ Dispositional.
If durational, state how many months above/below the presumptive sentence: ____

**Departure Reason** (See page 2 for a list of reasons)
Aggravating # ____ or Mitigating # ____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: ____

**Sentence will run:** ☐ Consecutive ☐ Concurrent
to Offense # ____ or Case # ____

Defendant's Full Name: Williams, Harmon

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250.   ☐ Yes ■ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903.   ☐ Yes ■ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.   ☐ Yes ■ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number.  ☐ Yes ■ No
If yes, list prior case numbers:

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense and **must** pay additional court costs of $25 under Act 583 of 2017.   ■ Yes ☐ No

Defendant was originally charged with a domestic-violence related offense:   ■ Yes ☐ No
If yes, state the A.C.A. # of the offense:
5-26-306(a)(3)&(b); 5-26-305(b)(2)

If yes to either question, identify the relationship of the victim to the Defendant by offense number.
dating relationship

### DNA Sample/Qualifying Offense
Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103).  ■ Yes ☐ No
Defendant is ordered to have a DNA sample drawn at ■ A.C.C. facility  ☐ the A.D.C. or
☐ other _____

### Drug Crime
Defendant has been convicted of a drug crime, as defined in §12-17-101.  ☐ Yes ■ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $150.00 |
| Fines | $500.00 |
| Booking/Admin Fees ($40) | $40.00 |
| Drug Crime Assessment Fee ($125) | $ |
| DNA Sample Fee ($250) | $250.00 |
| Children's Advocacy Center Fund Fee | $ |
| Public Defender User Fee | $ |
| Public Defender Attorney Fee | $250.00 |
| Other (explain) Dom Viol costs for cts 1 & 2 | $50.00 |

Restitution $_____ Payable to [If multiple beneficiaries, give names and payment priority]_____
Terms:
☐ Due Immediately
■ Installments of: to be established & paid to the Circuit Clerk's Office.
☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution
☐ Restitution is joint and several with co-defendant(s) who was found guilty – List name(s) and case number(s) _____

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes ■ No
The Court hereby orders a judicial transfer to the AR Division of Community Correction.  ☐ Yes ■ No
Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed. ☐ Yes ■ No

**Extended Juvenile Jurisdiction Applied**  ☐ Yes ■ No

**JAIL TIME CREDIT**: 309
**TOTAL TIME TO BE SERVED FOR ALL OFFENSES**: In months: 10    ☐ Life  ☐ LWOP
**Death Penalty**: ☐ Yes ■ No
If Yes, State Execution Date: ___

**DEFENDANT IS ASSIGNED TO:**  ☐ ADC  ☐ ADC, Admin. Transfer Authorized  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ■ SIS

Conditions of disposition or probation are attached. ☐ Yes ■ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ■ No
A copy of the Prosecutor's Short Report is attached ☐ Yes ■ No
☐ Defendant has previously failed a drug court program.

**DEFENDANT WAS INFORMED OF APPELLATE RIGHTS**  ■ Yes ☐ No    Appeal Bond $

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ☐ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ■ No

## Signature

Prosecuting Attorney/Deputy (Print Name): Ben Hale, deputy
Signature: _[signature]_    Date: 5/27/21

Circuit Judge (Print Name): Duncan Culpepper
Signature: _Duncan Culpepper_    Date: 5-23-21

**Additional Info:** As a special condition of his SIS, Defendant shall meet w/ACC & establish a plan for the payment of his ct costs, fines & fees. Said payments shall be made to the Hempstead County Circuit Clerk's Office according to the plan until same is paid in full.