In The United State District Court
Western District of Arkansas
Texarkana Division

Harmon Williams                                    Plaintiff
          v.                Case No: 4:20-cv-04079-SOH-BAB
Reyn Brown, et al.                                 Defendants

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Nov 19, 2021
OFFICE OF THE CLERK

### Response to Motion to Dismiss

ComesNow Plaintiff Harmon Williams, proceeding pro se, states as followed:

1. Plaintiff states that the Defendant, Daniel Oller, actions was deliberate indifferent to me and the law; therefore, I wish to proceed in my complaint of the said violations to my constitutional rights.

2. Plaintiff strongly contends that the Defendant fail in providing evidence to support his allege reason to intrude my privacy that's required by the constitutional rights.

3. Plaintiff further contends that the Defendant also fail to fulfill the protocol within his line of duty and the due process of the constitution of law.

4. Plaintiff strongly contends that the Defendant had no independent proof of reliability or veracity in support of the third party claim of me possessing and distributing narcotics nor the type of narcotics.

5. Plaintiff further contends that the Defendant

did not met requirement of a warrantless search and/or arrest by contacting his parole officer, due to the parole officer can't harbor anyone in the exchange for lack of probable cause.

## Claim of Complaint

1. Plaintiff petition that the Defendant actions was in direct violation of Plaintiff's 4th, 5th, 6th and 14th Amendment Rights that is protected by The Constitution of The United States.

2. Plaintiff petition that the Defendant actions caused Plaintiff to lose his job, to suffer great humiliation, embarrassment, and mental suffering.

3. Plaintiff petition that the Defendant invasion of his rights was unconstitutional and Plaintiff should be deem some type of relief.

## Relief

1. Lose of Wages
2. Humiliation
3. Embarrassment
4. Mental Anguish

Plaintiff seek $25,000 for each claim....

Respectfully submitted,
Plaintiff

Office of the Clerk,

## Motion For The Appointment of Counsel

1. The plaintiff is unable to afford counsel.
2. The issues involved in the case are complex.
3. The plaintiff, due to Covid restriction, has extremely limited access to the law library.
4. Over 30 days ago, the plaintiff wrote letters to several attorneys, asking them to handle my case but has not heard from any of them.
5. The plaintiff has a limited knowledge of the law.

Wherefore, this Honorable Court should appoint counsel to respresent the plaintiff.

Harmon Williams 101370
300 Corrections Dr.
Newport, AR 72112

Hinton Williams 101370
300 Corrections Dr
Newport, AR 72112

Legal Mail

ADC
GRIMES
UNIT

NEOPOST 11/17/2021
US POSTAGE

United State District Court
Office of the Clerk
500 N. Stateline Avenue - Room 302
Texarkana, AR 71854