IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARMON WILLIAMS                                                                                          PLAINTIFF

v.                                           Civil No. 4:20-cv-04079

DETECTIVE REYN BROWN, et al.                                                                  DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

Defendant Stephen Gulick has filed a Notice of Interlocutory Appeal in this matter with respect to this Court's determination that qualified immunity does not bar Plaintiff's claims against the Defendant. (ECF No. 46). Due to the Notice of Interlocutory Appeal, the Clerk is **DIRECTED** to **STAY** and **ADMINISTRATIVELY TERMINATE** this case.

The parties are **DIRECTED** to notify the Court within seven days of the resolution of the pending Eighth Circuit appeal so that this matter may proceed in this Court.

IT IS SO ORDERED this 18th day of April 2022.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE