IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARMON WILLIAMS                                                                                               PLAINTIFF

v.                                          Case No. 4:20-cv-04079

DETECTIVE REYN BROWN;
OFFICER DANIEL OLLER;
and STEPHEN GULICK                                                                                       DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 6, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 95). Judge Bryant recommends that all claims asserted against Separate Defendant Daniel Oller ("Separate Defendant Oller") be dismissed with prejudice.

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 95) *in toto*. Accordingly, Separate Defendant Oller's Motion for Summary Judgment (ECF No. 71) is **GRANTED** and all claims against Separate Defendant Oller should be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge