IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARMON WILLIAMS                                                                                     PLAINTIFF

v.                                    Case No. 4:20-cv-04079

DETECTIVE REYN BROWN,
Hope Police Department; and
STEPHEN GULICK                                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 11, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 96). Judge Bryant recommends that all claims asserted against Separate Defendant Reyn Brown ("Separate Defendant Brown") be dismissed with prejudice.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 96) *in toto*. Accordingly, Separate Defendant Brown's Motion for Summary Judgment (ECF No. 78) is **GRANTED** and all claims against Separate Defendant Brown are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge