IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARMON WILLIAMS                                                                                                PLAINTIFF

v.                                       Case No. 4:20-cv-04079

STEPHEN GULICK,
Hope Police Department                                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 31, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 98). Judge Bryant recommends that Defendant Stephen Gulick's ("Defendant Gulick") Motion for Summary Judgment (ECF No. 75) be granted and all claims against him be dismissed with prejudice.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 98) *in toto*. Accordingly, Defendant Gulick's Motion for Summary Judgment (ECF No. 75) is **GRANTED**, and all claims against Defendant Gulick are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge